UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br><br>v.<br><br>ARTHUR D. GOLD,<br>    Respondent. | )<br>)<br>)<br>)<br>)    M.B.D. No. 05-10059-PBS/JGD<br>)<br>)<br>) |

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

On June 6, 2005, this Court issued an Order Enforcing Internal Revenue Service Summons for the respondent to appear before a Revenue Officer on July 11, 2005.

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons.

    Respectfully submitted:

    MICHAEL J. SULLIVAN,
    United States Attorney

By: /s/Barbara Healy Smith
    BARBARA HEALY SMITH
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA  02210
Dated: 8/02/05    (617) 748-3282